# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2803 Disciplinary Docket No. 3 |
| | : |
| MATTHEW J. ZEIGLER | : No. 75 DB 2021 |
| | : |
| | : (Court of Common Pleas of Lycoming |
| | : County, Case No. CP-41-CR-625-2020) |
| | : |
| | : Attorney Registration No. 83367 |
| | : |
| | : (Lycoming County) |

## ORDER

**PER CURIAM:**

**AND NOW**, this 17th day of August, 2021, upon consideration of the responses to a rule to show cause why Matthew J. Zeigler should not be placed on temporary suspension, the Rule is made absolute, and Matthew J. Zeigler is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.

A True Copy Patricia Nicola
As Of 08/17/2021

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania